## HALL *v.* THE STATE.

*Simmons, C. J.*—Where a criminal case is tried in a city court and the judgment of that court is reviewed by certiorari, upon writ of error to this court service of the bill of exceptions upon the solicitor-general of the circuit is necessary to the jurisdiction of this court, and an acknowledgment of service by one who appeared as "solicitor-general pro tem., city court," will not suffice. *McColers* v. *The State*, 74 *Ga.* 411; *Brockett* v. *The State*, 90 *Ga.* 452; *Starke* v. *The State*, 93 *Ga.* 217.

> *Writ of error dismissed. All the Justices concurring.*
>
> Argued January 6,—Decided January 21, 1897.

*G. A. Worley*, for plaintiff in error.
*R. H. Lewis, solicitor-general*, contra.